IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  13-37768 |
| | ) | |
| Kelli A Blanchard | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Jack B. Schmetterer |

## NOTICE OF MOTION

TO:   Kelli A Blanchard, 7408-3 N Damen Ave. Chicago IL 60645 *via US mail*

Trustee Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **January 10, 2018 at 9:30 a.m.**, I shall appear before the Honorable Judge Jack B. Schmetterer at the Federal Courthouse, 219 S. Dearborn, Room 682, Chicago, IL 60604 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:    /s/ *David H. Cutler*
David H. Cutler

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on December 18, 2017 before the hour of 6:00 p.m. from the office located at 4131 Main Street., Skokie, Illinois 60076.

By:    /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   13-37768 |
| | ) | |
| Kelli A Blanchard | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Jack B. Schmetterer |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Kelli A Blanchard (hereafter referred to as "the Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on September 25, 2013 and her Plan was confirmed.

3. The Debtor's confirmation Order provides for a plan payment of $180 for 45 months then $472 for 15 months until the end of the plan with unsecured creditors receiving 10% of their unsecured claims.

4. The plan was modified on March 4, 2015 to increase the plan payment from $180 to $186 starting with the March 2015 plan payment for 28 months and a payment of $478 for the next 15 months beginning July 2017 until the end of the plan and $177 was deferred.

5. The Debtor has fallen behind on her plan payments and a default has accrued, as of the date of this motion the current default is $1,168. The Debtor has made a good faith payment for $478 that was received by the trustee on December 14, 2017.

6. The Debtor has paid in to date $9,667 into the Chapter 13 plan.

7. The Debtor fell behind on the plan payments because she incurred over $900 in out of pocket car repairs, she needed to fix her vehicle since she needs a reliable car to get to and from work and doctor appointments and she has been struggling with ongoing health issues and medical bills.

8. The Debtor is able to make her plan payments going forward but she is unable to catch up on the full default amount.

9. The Debtor is looking to modify her plan by deferring the default to the end of the plan and decreasing the plan percentage to general unsecured creditors from 10% to 4% due to Debtor's inability to catch up on the full default since she incurred out of pocket car and medical bills. The debt in her case is primarily all student loan debt.

10. The Debtor seeks to modify the plan to defer the current trustee's default to the end of the plan and to decrease the plan percentage to general unsecured creditors from 10% to 4%.


WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current default until the end of the plan and to decrease the plan percentage to general unsecured creditors from 10% to 4%; and for such further relief that this Court may deem just and proper.


Dated:  December 18, 2017                      Respectfully Submitted,

                                               By:     /s/ David H. Cutler
                                                       David H. Cutler, esq.,
                                                       Counsel for Debtor(s):
                                                       Cutler & Associates, Ltd.
                                                       4131 Main St.
                                                       Skokie, IL 60076
                                                       Phone: (847) 673-8600